EDWARD H. KUBO, JR.    # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    # 4532
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  ron.johnson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00245 SOM |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | WITHOUT PREJUDICE |
| DONNA MOH TJAN,    (03) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses without prejudice the Indictment against DONNA MOH TJAN, on the ground that, HK Services Incorporated has entered a plea to charges which reflect the nature and scope of the illegal transaction it was involved in, and there has been a change since

indictment in the state of the Government's case regarding the circumstances surrounding the charged offenses.

The defendant is not in the custody of the United States on the dismissed charges listed above.

DATED: Honolulu, Hawaii, June 2, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
RONALD G. JOHNSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal without prejudice, and the dismissal of the Indictment without prejudice is hereby GRANTED AND SO ORDERED.

**SUSAN OKI MOLLWAY**
_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. DONNA MOH TJAN (03)
CR. No. 03-00245 SOM
"Order for Dismissal"